No. 72–5258. STONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5291. WALL *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–294. L. GOLDSTEIN'S SONS, INC. *v.* TRIO PROCESS CORP. C. A. 3d Cir. Motion of Ford Motor Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 72–302. PICTURE MUSIC, INC. *v.* BOURNE, INC. C. A. 2d Cir. Motion of Composers & Lyricists Guild of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.